1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7301
7       FAX: (415) 436-7027
        christopher.vieira@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,            )  Case No.  CR 18-00164 CRB
                                         )
15        Plaintiff,                     )  [PROPOSED] ORDER OF DETENTION OF
                                         )  DEFENDANT RICHARD SOLLID
16    v.                                 )
                                         )
17  RICHARD SOLLID,                      )
                                         )
18        Defendant.                     )
                                         )
19 _____)

20

21        The defendant, Richard Sollid, came before the Court on May 29, 2018, for a detention hearing.

22  The defendant was present and represented by his counsel, Assistant Federal Public Defender Elizabeth

23  Falk.  Assistant United States Attorney Robert Rees represented the United States.

24        The government requested detention, submitting that no condition or combination of conditions

25  would assure the defendant's appearance at future proceedings or reasonably assure the safety of any

26  other person or the community.  Pretrial Services submitted a report recommending detention on the

27  basis that the defendant is a flight risk and a danger to the community.

28
   [PROPOSED] DETENTION ORDER
   NO. CR 18-00164 CRB                    1

1    Upon consideration of the Pretrial Services report, the court file, and the party proffers, the Court

2  finds on the present record that no condition or combination of conditions would reasonably assure the

3  safety of any other person or the community.  The Court orders the defendant detained.

4    The present order supplements the Court's findings at the detention hearing and serves as written

5  findings of fact and statement of reasons as required by 18 U.S.C. § 3142(i).

6    The Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3150, sets forth the factors which the Court

7  must consider in determining whether pretrial detention is warranted.  In coming to its decision, the

8  Court has considered those factors, paraphrased below:

9    (1)  the nature and seriousness of the offense charged;

10    (2)  the weight of the evidence against the person;

11    (3)  the history and characteristics of the person including, among other considerations,

12  employment, past conduct and criminal history, and records of court appearances; and

13    (4)  the nature and seriousness of the danger to any person or the community that would be posed

14  by the person's release.

15    18 U.S.C. § 3142(g).

16    Defendant Richard Sollid is charged in an indictment with a violation of Title 21, United States

17  Code, Sections 841(a)(1) and 841(b)(1)(C) — Possession of Heroin with Intent to Distribute.

18    In considering all of the facts and proffers presented at the hearing, on the present record the

19  Court finds the following factors among the most compelling in reaching its conclusion that no

20  combination of conditions could reasonably assure the safety of any other person or the community:

21    First, the defendant has repeatedly violated his prior terms of supervision, including parole terms

22  and probation terms.  Second, many of the defendant's previous violations have included allegations of

23  new criminal offenses, including the instant case.  Third, the nature of the defendant's prior criminal

24  convictions raise safety concerns, including recent convictions for illegal gun possession, narcotics

25  trafficking, and burglary.

26

27

28

[PROPOSED] DETENTION ORDER
NO. CR 18-00164 CRB                    2

1     Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

2          (1) the defendant is committed to the custody of the Attorney General for confinement in a

3     corrections facility;

4          (2) the defendant be afforded reasonable opportunity for private consultation with his counsel;

5     and

6          (3) on order of a court of the United States or on request of an attorney for the government, the

7     person in charge of the corrections facility in which the defendant is confined shall deliver the defendant

8     to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a

9     court proceeding.

10

11          Dated: May  31 , 2018

12

13     _____
       HON. JOSEPH C. SPERO

14     United States Chief Magistrate Judge